LÓPEZ *v.* LÓPEZ ET AL.

APPEAL from the District Court of San Juan.

No. 397.—Decided November 27, 1909.

Decided on the same grounds as those set forth in the opinion delivered in the case No. 413, *López* v. *López et al.*, decided November 27, 1909, *ante*, p. 706.

This court has carefully reviewed the transcript of the record filed on appeal in the above-entitled case, and has duly considered the written allegations of the appellant in sup-port of the appeal, and for the reasons set forth in the opinion delivered by this court in Case No. 413, *López* v. *López et al.*, hereby reverses, in all its parts, the judgment rendered by the District Court for the Judicial District of San Juan, ren-

dered March 1, 1909, and therefore dismisses the complaint on the ground that it does not state facts sufficient to constitute a cause of action against the defendants in this case, without any special imposition of costs; and a copy of this judgment is hereby ordered to be transmitted to the said court, for its information and other purposes.

*Reversed.*

Chief Justice Hernández and Justices Figueras, MacLeary and Wolf concurred.

Mr. Justice del Toro did not take part in the decision of this case.